UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AAMENA HAMEED,<br><br>        Plaintiff,<br><br>  -against-<br><br>EGYPTAIR AIRLINES COMPANY,<br><br>        Defendant. | 23-cv-1757 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties are scheduled to appear before the Court on November 16, 2023. By November 14, 2023, at 5:00 p.m., the parties should advise the Court as to whether that conference would still be useful or if there are any outstanding disputes between the parties. The parties should also advise as to whether either side anticipates filing a motion for summary judgment. If so, the parties should propose a summary-judgment briefing schedule.

  SO ORDERED.

Dated: November 13, 2023
    New York, New York

                  _____
                    ARUN SUBRAMANIAN
                   United States District Judge