UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AAMENA HAMEED,<br><br>                   Plaintiff(s),<br><br>    -against-<br><br>EGYPTAIR AIRLINES COMPANY,<br><br>                  Defendant(s). | 23-cv-1757 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court thanks the parties for their pretrial submissions. Trial will begin on May 28, 2024. The final pretrial conference will be held in Courtroom 15A of the Moynihan Courthouse, 500 Pearl St., New York, NY 10007 on May 2, 2024, at 2:30 p.m. Before that conference, the parties shall meet and confer **in person**, for not less than thirty minutes, to discuss the possibility of settlement.

    SO ORDERED.

Dated: March 11, 2024
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge